

November 5, 2013

Mr. Darnell Cooper #N71947
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

Subject: <u>Your Letter Dated 8/9//2013</u>

Dear Mr. Cooper:

We are in receipt of your recent letter dated August 9, 2013.

We requested review of your care with the facility Site and Regional Medical Directors and consider the care currently being provided, as well as the care previously provided, to be clinically appropriate.

If you have concerns regarding your medical care, please follow the established sick call process and grievance procedure at the facility to get these concerns addressed.

Please be assured that the medical staff at Stateville C.C. is comprised of qualified and dedicated professionals who are there to assist your medical needs.

Very truly yours,

Wexford Health Sources, Inc.
Risk Management Department



EXHIBIT A

425 HOLIDAY DRIVE | FOSTER PLAZA TWO | PITTSBURGH, PA 15220 | P: 412-937-8590 | F: 412-937-8599 | WWW.WEXFORDHEALTH.COM